

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00681-CR

Demoria **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3824
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to January 12, 2017. **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court